*December 8, 1931.*

United States National Bank of Superior, Respondent, vs. Sampson-O'Connell, Inc., Appellant.

For the appellant: *Powell & Sprowls* of Superior.
For the respondent: *Horatio V. Gard* of Superior.

*By the Court.*—Judgment affirmed.

Will of Leistiko: Leistiko, Appellant, vs. Leistiko, Proponent, Respondent.

For the appellant: *Bogue & Sanderson* of Portage.
For the respondent: *H. S. Hendrickson* and *Rogers & Owens,* all of Portage.

*By the Court.*—Judgment affirmed.

Siegel, Appellant, vs. Siegel and others, Respondents.

For the appellant: *Hile & Dahl* of Superior, attorneys, and *Kaplan & Kenfield* of Minneapolis, Minnesota, of counsel.
For the respondents: *R. I. Tipton* of Superior.

*By the Court.*—Judgment affirmed.